74 So.3d 1104 (2011)
Ronald Thomas VAN DYKE, Appellant,
v.
PNC, NATIONAL ASSOCIATION and Shriners, etc., Appellee(s).
No. 5D11-1888.
District Court of Appeal of Florida, Fifth District.
October 18, 2011.
Rehearing Denied November 22, 2011.
Ronald Thomas Van Dyke, Melbourne, pro se.
Kimberly Bonder Rezanka, of Dean Mead, Viera, for Appellee.
PER CURIAM.
AFFIRMED. See Fla. R.App. P. 9.315(a).
SAWAYA, MONACO and JACOBUS, JJ. concur.